**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1159**

AZAEL DYTHIAN PERALES,

                Plaintiff - Appellant,

        v.

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:09-cv-02964-BEL)

Submitted:  July 22, 2010                Decided:  July 29, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Azael Dythian Perales, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azael Dythian Perales appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Perales v. NAACP</u>, No. 1:09-cv-02964-BEL (D. Md. Nov. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>